**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02166-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

ALAN D. CHALEPAH,

    Plaintiff,

v.

CANON CITY & ROYAL GORGE ROUTE, aka ROYAL GORGE ROUTE RAILROAD,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Alan D. Chalepah, currently resides in Cánon City, Colorado.  Mr. Chalepah has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Chalepah will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Chalepah files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the Court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   _X_   other: Plaintiff has failed to complete the form, specifically the information

...

<u>regarding his marital status and if proper spouse's income.</u>

**Complaint or Petition**:

(9)  \_\_  is not submitted
(10) \_\_  is not on proper form (must use the Court's current form)
(11) \_\_  is missing an original signature by Plaintiff
(12) \_\_  is incomplete
(13) \_\_  uses et al. instead of listing all parties in caption
(14) \_\_  names in caption do not match names in text
(15) \_\_  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) \_\_  other: _____

Accordingly, it is

ORDERED that Mr. Chalepah cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Chalepah files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Chalepah shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 motion and affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Chalepah fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED August 14, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge