IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02166-BNB

ALAN D. CHALEPAH,

Plaintiff,

v.

CANON CITY & ROYAL GORGE ROUTE a/k/a Royal Gorge Route Railroad,

Defendant.

_____

**ORDER**
_____

      IT IS ORDERED:

      Trial of this matter is set for four days to the court beginning **September 15, 2013**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Trial days run from 8:30 a.m. to 5:00 p.m.

      **On or before July 22, 2014, the parties shall:**

      (1)    Exchange copies of exhibits pre-marked with exhibit stickers. Prior to the exchange, the parties must confer and prepare a joint exhibit list. All exhibits shall be listed numerically and consecutively, without attribution to either the plaintiff or the defendant. The case number shall appear on each exhibit sticker. Exhibits must be bound in three ring binders with each exhibit separated by tabs for ease of reference. Each exhibit shall be separately marked as it will be offered into evidence at trial. Every page of each exhibit must be Bates

1

numbered, and the beginning and ending Bates number of each exhibit shall be reported on the exhibit list.

**On or before August 6, 2013, the parties shall:**

(2)   File and serve the objections contemplated by Fed. R. Civ. P. 26(a)(3). Each objection shall state concisely the evidentiary grounds for the objection and the legal authority supporting the objection. If the authority is the Federal Rules of Evidence, the Rule shall be cited; if the authority is case law, a copy of the case shall be provided to the court.

(3)   Submit to my courtroom deputy the originals and one duplicate copy of the exhibits, all bound in three ring binders with exhibits separated by tabs for ease of reference.

(4)   Submit to the court and exchange transcripts of depositions identifying any testimony proposed to be read to the jury. The plaintiff's designations shall be highlighted in yellow, and the defendant's designations shall be highlighted in blue. Objections to the designated testimony, if any, shall be reserved to trial.

**General Information**

My courtroom deputy is Julie Dynes. She can be reached at 303-335-2061. Any questions concerning exhibits or courtroom equipment should be directed to her. The proceedings will be tape recorded. Any request for transcripts should be directed to the courtroom deputy. Extraordinary requests, such as for daily transcripts, should be made at least 30 days in advance of the trial date.

My staff attorney is Renee Christian. My judicial assistant is Estee Fraitag. They can be reached at 303-844-6408.

At trial, all parties and witnesses shall be addressed as "Mr.," "Ms.," "Dr.," etc.  Informal references are not authorized without my express permission.

Dated October 30, 2013.

                                            BY THE COURT:

                                             s/ Boyd N. Boland
                                            United States Magistrate Judge