IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02166-BNB

ALAN D. CHALEPAH,

Plaintiff,

v.

CANON CITY & ROYAL GORGE ROUTE a/k/a Royal Gorge Route Railroad,

Defendant.

_____

## ORDER
_____

This matter arises on the **Motion of Plaintiff's Request for Voluntary Attorney** [Doc. #36, filed 12/16/2013] (the "Motion").  The Motion is GRANTED.

As permitted under Part III.C. of the U.S. District Court's Pilot Program to Implement a Civil Pro Bono Panel, the court hereby finds that counsel should be drawn from the Civil Pro Bono Panel.  The court is satisfied that the following factors and considerations have been met:

(1)  the nature and complexity of the action;

(2)  the potential merit of the *pro se* party's claims;

(3)  the demonstrated inability of the *pro se* party to retain counsel by other means; and

(4)  the degree to which the interests of justice will be served by appointment of counsel, including the benefit the court may derive from the assistance of the appointed counsel.

Although I grant the plaintiff's motion for appointment of counsel, I caution him that until counsel enters an appearance, he is personally responsible for complying with all court orders and time limitations established by any applicable rules.

IT IS ORDERED that the Motion of Plaintiff's Request for Voluntary Attorney [Doc. #36] is GRANTED. The Clerk of Court shall select, notify, and appoint counsel to represent the *pro se* litigant in this civil matter.

Dated December 20, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge