IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02166-BNB-KLM

ALAN D. CHALEPAH,

Plaintiff,

v.

CANON CITY AND ROYAL GORGE ROUTE a/k/a Royal Gorge Route Railroad,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion to Stay the Dispositive Motion Deadline Pending the Court's Status Conference on June 2, 2014** [docket no. 46, filed May 27, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the dispositive motion deadline is stayed until after the June 2, 2014 status conference.

DATED:  May 28, 2014