IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02166-BNB-KLM

ALAN D. CHALEPAH,

Plaintiff,

v.

CANON CITY & ROYAL GORGE ROUTE a/k/a Royal Gorge Route Railroad,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)     Plaintiff's **Motion for Continuation of Trial** [Doc. # 41, filed 5/14/2014];

(2)     Plaintiff's **Motion for Extension of Discovery Deadlines** [Doc. # 42, filed 5/14/2014]; and

(3)     Plaintiff's **Motion for Status Conference** [Doc. # 43, filed 5/14/2014].

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion for Continuation of Trial [Doc. # 41], Motion for Extension of Discovery Deadlines [Doc. # 42], and Motion for Status Conference [Doc. # 43] are GRANTED;

(2)     The case schedule is modified to the following extent:

Discovery Cut-Off:              October 3, 2014

(All discovery must be completed by the discovery cut-off.  All
written discovery must be served so that responses are due on or

before the discovery cut-off.)

Discovery limitations: The plaintiff is allowed ten additional interrogatories.  All other discovery limitations remain unchanged.

Dispositive Motions Deadline:        November 3, 2014

Final Pretrial Conference: The final pretrial conference set for August 7, 2014, is VACATED and RESET to January 22, 2015, at 9:00 a.m.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than January 15, 2015.

Trial: The trial set to begin on September 15, 2014, at 8:30 a.m., is VACATED and will be reset following the final pretrial conference.

Dated June 2, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge