IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-02166-BNB-KLM | Date: | July 21, 2014 |
| Courtroom Deputy: | Ellen E. Miller | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| ALAN D. CHALEPAH,<br>**Plaintiff(s)** | No appearance |
| v. | |
| CANON CITY & ROYAL GORGE ROUTE,<br>**Defendant(s)** | Austin E. Smith<br>Matthew C. Cooper |

## COURTROOM MINUTES

\MOTIONS HEARING
Court in Session: 10:44 a.m.

The time set for this Motion Hearing is 10:30 a.m. The Court has waited to call the case to allow time for Plaintiff's counsel to appear. Plaintiff's counsel does not appear; no one appears on behalf of Plaintiff. Appearances of counsel for Defendant.

Discussion is held regarding Plaintiff's Motion for Additional Discovery and or alternatively a Court Scheduling Conference to Develop a Reasonable Discovery Schedule. Findings by the Court.

**ORDERED:** Plaintiff's MOTION FOR ADDITIONAL DISCOVERY AND OR ALTERNATIVELY A COURT SCHEDULING CONFERENCE TO DEVELOP A REASONABLE DISCOVERY SCHEDULE [Docket No. **51**, filed July 03, 2014] is **DENIED** for reasons as set forth on the record.

Court in Recess:  10:47 a.m.        Hearing concluded.        Total time in Court:  00:03

To obtain a transcript of this proceeding, please contact Avery Woods Reporting (303)825-6119