IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02166-BNB-KLM

ALAN D. CHALEPAH,

Plaintiff,

v.

CANON CITY & ROYAL GORGE ROUTE a/k/a Royal Gorge Route Railroad,

Defendant.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Additional Discovery and or Alternatively a Court Scheduling Conference to Develop a Reasonable Discovery Schedule** [Doc. # 51, filed 7/3/2014] (the "Motion"). By a minute order, I set the Motion for a hearing to occur this morning at 10:30 a.m. Minute Order [Doc. # 52]. Defense counsel appeared at the hearing as required, but counsel for the plaintiff neither appeared nor contacted the court in any way.

I made rulings on the record at the hearing this morning, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 51] is DENIED.

Dated July 21, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge