IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 13-cv-02166-NYW-KLM | Date: April 24, 2015 |
| Courtroom Deputy: | Billie S. Diemand-Neligh | FTR: NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| **Alan D. Chalepah,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Canon City & Royal Gorge Route,**<br><br>**Defendant.** | *Counsel:*<br>Titus Dutton Peterson<br><br><br><br>*Counsel:*<br>Austin E. Smith<br>Raul Chacon, Jr. |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session:  9:54 a.m.

Appearances of counsel.

Discussion regarding Plaintiff's relationship with his current counsel.

Discussion regarding Court's *sua sponte* sealing of the pending Motion for Leave to File Amended Response to Defendant's Motion for Summary Judgment [75] due to statements within the Motion.

Discussion regarding Local Rule  D.C.COLO.LCivR 7.1(a).

  * To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.

Discussion on Plaintiff's Motion to Amend Complaint [57] filed on October 22, 2014, Defendant's Motion for Summary Judgment [60] filed on November 03, 2014, Plaintiff's Motion for Leave to file Amended Response to Defendant's Motion for Summary Judgment [75] filed on December 19, 2014, and Plaintiff's Second Motion to Amend Complaint (Request for Jury Trial) [80] filed on April 16, 2015.

Argument held as to Plaintiff's Motion to Amend Complaint [57].

**ORDERED:   Plaintiff's Motion to Amend Complaint [57] is TAKEN UNDER ADVISEMENT. The court will issue a written order.**

**ORDERED:   Plaintiff's Motion for Leave to File Amended Response to Defendant's Motion for Summary Judgment [75] is DENIED. Plaintiff shall file a surreply on or before May 8, 2015. Surreply shall be no more than 10 pages and only address the existing issues.**

The court will rule on the pending Motion for Summary Judgment [60] once the surreply is received.

**ORDERED:   Defendant shall file a written response to Plaintiff's Second Motion to Amend Complaint (Request for Jury Trial) [80]. No reply will be entertained by the Court.**

Court in Recess: 10:20 a..m.
Hearing concluded.
Total time in Court:    00:26

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119