IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02166-NYW-KLM

ALAN D. CHALEPAH,

Plaintiff,

v.

CANON CITY & ROYAL GORGE ROUTE a/k/a Royal Gorge Route Railroad,

Defendant.

_____

**MINUTE ORDER**
_____

Entered by Magistrate Judge Nina Y. Wang

      This civil action is before the court on Plaintiff's Second Motion to Amend Complaint (Request for Jury Trial) ("Second Motion to Amend"). [#80, filed April 16, 2015]. Defendant filed its Response on May 11, 2015 [#85], stating that it does not oppose the Second Motion to Amend to the extent Plaintiff seeks to request a trial by jury.

      IT IS ORDERED that:

1. The Second Motion to Amend [#80] is **GRANTED**, Plaintiff may amend his Complaint to add a demand for jury trial; and

2. The Parties are to reflect the demand for jury trial in any filed proposed Final Pretrial Order.

DATED: May 12, 2015