IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02166-NYW-KLM

ALAN D. CHALEPAH,

    Plaintiff,

v.

CANON CITY & ROYAL GORGE ROUTE a/k/a Royal Gorge Route Railroad,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all orders entered during the pendency of this case and the Order Granting Defendant's Motion for Summary Judgment, entered by the Honorable Nina Y. Wang, United States Magistrate Judge, on August 31, 2015, it is ORDERED that Defendant Canon City & Royal Gorge Route a/k/a Royal Gorge Route Railroad's Motion for Summary Judgment [#60] is GRANTED.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendant and the action and complaint are dismissed. The Parties shall bear their own costs and fees.

Dated at Denver, Colorado this 4th day of September 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/N. Marble
N. Marble, Deputy Clerk